IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

**FILED FOR RECORD**

**NOV 23 2020**

THE DISTRICT COURT OF
BENTON COUNTY, ARKANSAS
ROGERS DIVISION

Kason Jo. Carmical
(Plaintiff)
17301 Cashaw lane. Dixon, MO 65459
479-721-0140
(Your name, address, telephone number)

vs.

Civil Action No. CV-20-1214
(To be supplied by clerk)

Bekaert
(Defendant(s))
1 Bekaert Dr. Rogers, AR 72756
479-631-7661
(Names(s), address(es), telephone number(s))

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. This action is brought pursuant to:

   \_\_\_\_\_ Age Discrimination in Employment Act

   \_\_\_\_\_ Americans With Disabilities Act

   __X__ Title VII of the Civil Rights Act

2. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission on __December 12__, __2019__ charging defendant(s) with acts
   (Month/Day)    (Year)

   of discrimination based on (1) \_\_\_\_ age, (2) __X__ disability, (3) \_\_\_\_ race, (4) \_\_\_\_ color, (5) __X__ sex, (6) \_\_\_\_ religion, (7) \_\_\_\_ national origin. A copy of the charges filed with the EEOC is attached to this complaint.

-12-

3. The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on _August 25_, 20_20_, a copy of which is attached to this complaint.

4. Defendant(s) discriminated against plaintiff by:

    (a) \_\_\_\_ failing to employ plaintiff,

    (b) \_\_\_\_ terminating plaintiff's employment,

    (c) \_\_\_\_ failing to promote plaintiff,

    (d) _X_ _Gender Identity_ _____

5. The act(s) of discrimination complained of occurred on or about _March_, 20_16_. Briefly describe: _I was discriminated against by Bekaert management & fellow employees daily & subjected to a hostile work environment. I received death treats, graffitti on bathroom stalls about me being transgender. My work performance was targeted & false reports were made. Many attempts with HR to reconcile the issue went undone. The zero tolerance Bullying policy was not upheld in my efforts to end the harrassment & hostile work enviroment. I started to suffer severe Anxiety & Depression caused by my mistreatment resulting into seeking therapy. I was subjected to discrimination for a total of the 4 years of my employement at Bekaert._

6. The defendant(s):

   (a) ____ is/are still committing

   (b) _X_ is/are no longer committing

   (c) ____ may still be committing

the acts set forth in the above paragraph.

7. WHEREFORE, Plaintiff prays for the following relief:

   (a) ____ Defendant(s) be directed to employ plaintiff.

   (b) ____ Defendant(s) be directed to re-employ plaintiff.

   (c) ____ Defendant(s) be directed to promote plaintiff.

   (d) _X_ Defendant(s) be directed to _Compensation $25,000_

and for such other relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

8. **Jury Demand:** I hereby _Demand_ a trial by jury of any issue triable of right by a jury.
   (Demand/Waive)

_Kason Jo Carmical_
(Signature of Plaintiff)

-14-

DISTRICT COURT OF BENTON CO - ROGERS DIV  
1901 S. DIXIELAND ROAD  
ROGERS, ARKANSAS 72758  
(479)621-1132  

**RECEIPT #:** 20-13364  
**RECEIPT DATE:** 11/23/20  
**RECEIPT TIME:** 3:36:25PM  

**PAYER**  
Carmical, Kason Jo  
17301 Cashaw Lane  

Dixon, Missouri 65459  

**PLAINTIFF**  
Carmical, Kason Jo  
17301 Cashaw Lane  

Dixon, Missouri 65459  

**CASE STYLE:**  
Carmical, Kason Jo     VS.     Bekaert  

| CASE # | DESCRIPTION | AMOUNT PAID |
|---|---|---|
| CV-20-1214 | Cost | $65.00 |
| CV-20-1214 | Fee | $15.00 |
| CV-20-1214 | Fee | $2.50 |
|  | **TOTAL:** | **$82.50** |

Receipt Type: In Person  
Payment Method: Money Order  
Payment Reference: 1550004200  
Payment Receipted By: BM  
Cash Drawer Location: Court Clerks Office - CV-SC  

Amount Tendered: $82.50  
Change Returned: $0.00  

Receipt #20-13364 For the Amount Of  ----> $82.50  

Receipt Memo:

CERTIFICATE OF SERVICE

I, _____, state that I have, on this _____ day of _____, 200___, mailed a true and correct copy of the above and foregoing to the following:

(Name and addresses of persons served)

_____

01/11/2021

ATTN: TAMARA LETNER
C/O: BEKAERT CORPORATION
1395 S. MARIETTA PKWY, SUITE 500-100
MARIETTA GA UNITED STATES 30067



## PROCESS SERVED

SERVED TO: BEKAERT CORPORATION

TITLE OF ACTION: KASON JO. CARMICAL VS. BEKAERT CORPORATION

1. DOCUMENTS SERVED: Summons And Complaint
2. DELIVERED BY: Process Server
3. COURT: United States District Court For The Western District of Arkansas
4. CASE NO.: CV-20-1214
5. DATE OF SERVICE: 01/11/2021
6. DELIVERY METHOD: 7725 9251 0464

Thank you for choosing URS Agents, LLC as your registered agent.


3675 CRESTWOOD PARKWAY ■ SUITE 350 ■ DULUTH,GA 30096
P:800.567.4397  ■ F:800.567.4398  ■ URSAGENTS.COM

