IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KASON JO CARMICAL**                                                                                          **PLAINTIFF**

V.                                             **CASE NO. 5:21-CV-5022**

**BEKAERT CORPORATION**                                                                              **DEFENDANT**

## ORDER

Currently before the Court are the parties' Joint Motion to Stay Proceedings and Refer to Arbitration (Doc. 14) and Brief in Support (Doc. 15). Plaintiff and Defendant advise that they are parties to an enforceable arbitration agreement that covers all claims brought by Plaintiff in the instant lawsuit. They ask the Court to compel them to arbitration and stay this case.

Upon due consideration of the parties' request, **IT IS ORDERED** that the Joint Motion (Doc. 14) is **GRANTED IN PART AND DENIED IN PART** in that the parties are compelled to arbitration, but the Court declines to enter a formal stay. Instead, the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY TERMINATE THE CASE**, and the parties may move to reopen it if further action of the Court is required after arbitration has been completed.

**IT IS SO ORDERED** on this 16th day of March, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE